UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JAN 15 2009
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No.
) 4:09CR00041ERW
JOSEPH HARLAN HENDRIX, and )
THOMAS BENSON WILSON, JR., )
)
Defendants. )

## INDICTMENT

**COUNT I:** **CONSPIRACY TO POSSESS PSEUDOEPHEDRINE WITH THE INTENT TO MANUFACTURE METHAMPHETAMINE**

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jury, but including May 2006 through the date of this indictment, with the exact dates unknown to this Grand Jury, in St. Louis County and Perry County within the Eastern District of Missouri, and elsewhere, the defendants,

**JOSEPH HARLAN HENDRIX, and
THOMAS BENSON WILSON, JR.,**

did knowingly and willfully conspire, combine, confederate and agree with each other and other persons both known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to knowingly possess pseudoephedrine, a listed chemical, with the intent to manufacture methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(1).

All in violation of Title 21, United States Code, Section 846 and punishable under Title 21, United States Code, Section 841(c) and Title 18, United States Code, Section 2.

MANNER AND MEANS OF CONSPIRACY

The defendants accomplished and attempted to accomplish the objects of the conspiracy in the following manner and through the following means:

1. It was part of the conspiracy that Joseph Hendrix purchased more than 99 grams of pseudoephedrine between May 21, 2006 and October 5, 2008.

2. It was further part of the conspiracy that Thomas Wilson purchased more than 87 grams of pseudoephedrine between June 15, 2006 and May 14, 2008.

### COUNT II: POSSESSION OF PSEUDOEPHEDRINE WITH THE INTENT TO MANUFACTURE METHAMPHETAMINE (JOSEPH HENDRIX)

The Grand Jury further charges that:

Between May 21, 2006 and October 5, 2008, including January 9, 2007, in St. Louis County and Perry County, within the Eastern District of Missouri, the defendant,

**JOSEPH HARLAN HENDRIX,**

possessed pseudoephedrine, a List I chemical, knowing and having a reasonable cause to believe, that the listed chemical would be used to manufacture a controlled substance, to wit: methamphetamine, in violation of Title 21, United States Code, Section 841(c)(1), and punishable under Title 21, United States Code, Section 841(c).

### COUNT III: POSSESSION OF PSEUDOEPHEDRINE WITH THE INTENT TO MANUFACTURE METHAMPHETAMINE (THOMAS B. WILSON)

The Grand Jury further charges that:

Between June 15, 2006 and May 14, 2008, with the exact dates unknown to this Grand Jury, in St. Louis County and Perry County, within the Eastern District of Missouri, the

defendant,

## THOMAS BENSON WILSON JR.,

possessed pseudoephedrine, a List I chemical, knowing and having a reasonable cause to believe, that the listed chemical would be used to manufacture a controlled substance, to wit: methamphetamine, in violation of Title 21, United States Code, Section 841(c)(1), and punishable under Title 21, United States Code, Section 841(c).

A TRUE BILL.

FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

JENNIFER A. WINFIELD, #122215
Special Assistant United States Attorney